[No. 33855-6-II. Division Two. November 7, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN ANTHONY HAGGARD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-04489-0, Lisa R. Worswick, J., entered September 23, 2005. *Affirmed in part* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Bridgewater and Penoyar, JJ.

[No. 24123-8-III. Division Three. November 9, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. VIRGIL R. MONTGOMERY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-04087-7, Michael P. Price, J., entered May 9, 2005. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Brown and Kato, JJ.

[No. 24501-2-III. Division Three. November 9, 2006.]

*In the Matter of the Estate of* WILLIAM W. YAEGER.

HAROLD YAEGER ET AL., *Respondents*, v. SHARON YAEGER ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Stevens County, No. 98-4-00073-8, Larry M. Kristianson, J., entered September 1, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, A.C.J., and Brown, J.

[No. 54147-1-I. Division One. November 13, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. ZELBIA MORELAND, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-07854-7, Carol A. Schapira, J., entered April 23, 2004. *Affirmed* by unpublished per curiam opinion.